UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GILDA KABBANI,

    Plaintiff,

  v.

COUNCIL HOUSE, INC.,

    Defendant.

Case No.  C05-1558L

ORDER GRANTING MOTION
TO PUBLISH ORDER

This matter comes before the Court on a motion (Dkt. #26) filed by defendant Council House, Inc. to publish the Court's Order Denying Preliminary Injunctive Relief (the "Order").  The Court finds that the Order is suitable for publication, particularly in light of the fact that it addresses a relatively novel legal issue: the scope of 42 U.S.C. § 1437d(l)(2) and its applicability to private entities.

Accordingly, the Court GRANTS defendant Council House, Inc.'s motion to

ORDER GRANTING MOTION
TO PUBLISH ORDER - 1

1 publish the Court's Order Denying Preliminary Injunctive Relief (Dkt. #26).

     DATED this 4th day of January, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO PUBLISH ORDER - 2